# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3804
Lower Tribunal No. 2022-DP-000329-O

_____

In the Interest of M.A., a child.

V.C.R.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and GANNAM, JJ., concur.


Michael P. DeVoe, of DeVoe Law Firm, Orlando, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED